AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| JAMES M. JOHNSTON,<br>  Plaintiff,<br><br>v.<br><br>SHAWN SPEARS -<br>S AND J RALEIGH,<br>  Defendant. | )<br>)<br>)<br>)  **JUDGMENT IN A CIVIL CASE**<br>)  **CASE NO. 4:10-CV-116-D**<br>)<br>)<br>)<br>) |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that the Court hereby dismisses plaintiff's action for lack of subject-matter jurisdiction.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 27, 2010** WITH A COPY TO:

James M. Johnston (via USPS to 276 Summitt Road, Littleton, NC 27850)


September 27, 2010              DENNIS P. IAVARONE, Clerk
Date                    Eastern District of North Carolina

                     /s/ Debby Sawyer
                     (By) Deputy Clerk

Raleigh, North Carolina